# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MATTHEW D. KOHUS, | : | |
| Plaintiff, | : | Case No. 3:12cv00324 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Chief Magistrate Judge Sharon L. Ovington |
| OHIO STATE HIGHWAY PATROL, et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that on March 8, 2013, Defendant Ohio State Troopers Association, Inc., ("OSTA")  filed a Motion to Dismiss.  (Doc. #6).  You should receive a copy of the Motion directly from this Defendant.

Under the rules of this Court (S.D. Ohio Civ. R. 7.2), you are allowed twenty-one days from the date of service (March 8, 2013) within which to file a response to the Motion to Dismiss, plus an extra three days if the Motion was served on you by mail. Your response to the Motion to Dismiss must be filed with the Court **not later than April 1, 2013**.  If you fail to file a timely response to the Motion to Dismiss, your claims against Defendant OSTA may be dismissed.

March 11, 2013

                                         s/Sharon L. Ovington
                                         Sharon L. Ovington
                               Chief United States Magistrate Judge