IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW D. KOHUS,

:

        Plaintiff,

:

        vs.                                 Case No.  3:12cv324

:

OHIO STATE HIGHWAY PATROL, *et al.,*        JUDGE WALTER H. RICE

:

        Defendants.

---

DECISION AND ENTRY SUSTAINING MOTION FOR SUMMARY
JUDGMENT AND/OR QUALIFIED IMMUNITY OF DEFENDANTS OHIO
STATE HIGHWAY PATROL, OHIO DEPARTMENT OF PUBLIC SAFETY,
DANIEL E. KOLCUM, JEREMY T. LANDIS, CHARLES J. LINEK, III, CHAD
J. NEIL, JON T. PAYER AND PAUL R. WEBER (DOC. #108); EXPANDED
OPINION, SETTING FORTH REASONING AND CITATIONS OF
AUTHORITY, TO FOLLOW WITHIN THIRTY DAYS FOLLOWING WHICH
TIME FINAL JUDGMENT WILL ENTER; THIS DECISION AND ENTRY IS
NOT A FINAL APPEALABLE ORDER

---

Based upon reasoning and citations of authority, to be set forth in an expanded opinion to

be filed within thirty days from date, the Motion for Summary Judgment and/or Qualified

Immunity of Defendants Ohio State Highway Patrol, Ohio Department Of Public Safety, Daniel

E. Kolcum, Jeremy T. Landis, Charles J. Linek, III, Chad J. Neil, Jon T. Payer and Paul R. Weber

(Doc. #108), is SUSTAINED. Upon the filing of the expanded opinion, this Court will order

judgment to enter in favor of Defendants and against Plaintiff herein, thus terminating the

captioned cause upon the docket records of this Court. The captioned matter will then be in a

state of readiness for any and all appellate purposes.

This Decision and Entry is <u>not</u> a final appealable order.

March 21, 2016

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

2